**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DIEUMAITRE MESIDOR,<br><br>Petitioner,<br><br>v.<br><br>ANTONE MONIZ, et al.,<br><br>Respondents. | Civil Action No. 1:26-cv-12915-PBS |

**RESPONDENTS' STATUS REPORT**

Respondents, by and through their attorney, Leah B. Foley, United States Attorney for the District of Massachusetts, submit this status report regarding Petitioner's bond hearing. *See* ECF No. 24. On August 20, 2026, the Immigration Judge conducted a bond hearing under 8 U.S.C. § 1226(a) and denied release on bond after finding Petitioner presents a danger to the community by clear and convincing evidence and, alternatively, a flight risk by a preponderance of the evidence. Exhibit 1, Bond Order. Respondents respectfully request this Court dismiss this action as the petition has been granted and the relief ordered by this Court provided.[1]

[1] Upon information and belief, Petitioner's merits hearing in his removal hearing is scheduled for September 3, 2026.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: August 26, 2026

*/s/ Erica McMahon*
ERICA MCMAHON
Special Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.: 617-748-3271
Email: Erica.McMahon@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: August 26, 2026 By: */s/ Erica McMahon*
ERICA MCMAHON
Special Assistant United States Attorney