UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DIEUMAITRE MESIDOR,<br><br>Petitioner,<br>v.<br><br>DAVID WESLING, Field Office Director, U.S. Immigration and Customs Enforcement, et al.,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION<br>NO. 26-CV-12915-PBS |

# JUDGMENT

SARIS, J.

In accordance with the Court's Order dated August 12, 2026 (Docket No. 24), allowing Petitioner Dieumaitre Mesidor's petition for writ of habeas corpus under 28 U.S.C. § 2241, it is hereby ORDERED that judgment is entered in favor of Petitioner.

By the Court,

Robert M. Farrell
Clerk of Court

/ s / Clarilde Karasek
Deputy Clerk

DATED: September 2, 2026